IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| AGENCY FUNDING, LLC, *Plaintiff* <br><br> v. <br><br> BRIAN FILLWEBER, *et al.*, *Defendants.* | CIVIL NO. 3:10cv00027 <br><br> ORDER <br><br> JUDGE NORMAN K. MOON |

Defendants have filed a motion for reconsideration, asking this court to overturn its order denying Defendants' motions to dismiss for lack of jurisdiction. (docket no. 39). For the reasons set forth in the accompanying memorandum opinion, Defendants' motion is hereby DENIED.

The Clerk of the Court is directed to send a certified copy of this order and the accompanying memorandum opinion to all counsel of record.

Entered this __5th__ day of January, 2011.

_____
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE